JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Javier Covarrubias,              )   Case No. **CV 11-10130-JFW**
                                 )            [CR 05-578(A)-JFW]
                Petitioner,      )
                                 )   **JUDGMENT**
        v.                       )
                                 )
United States of America,        )
                                 )
                Respondent.      )
_____ )

     Pursuant to this Court's April 10, 2012 Order denying Petitioner Javier Covarrubias' Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255,

     IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.


Dated: April 10, 2012     _____
                               JOHN F. WALTER
                          UNITED STATES DISTRICT JUDGE