JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Javier Covarrubias,<br><br>        Petitioner,<br><br>    v.<br><br>United States of America,<br><br>        Respondent. | Case No. **CV 11-10130-JFW**<br>[CR 05-578(A)-JFW]<br><br>**JUDGMENT** |

Pursuant to this Court's April 10, 2012 Order denying Petitioner Javier Covarrubias' Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: April 10, 2012

                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE